UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61572-WPD

CAMBRIDGE RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

Plaintiff,

v.

MEDNAX, INC., ROGER J. MEDEL, and
VIVIAN LOPEZ-BLANCO,

Defendants.

## ORDER REFERRINGS MOTIONS TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, the Court **REFERS** Northern Ireland Local Government Officers'

Superannuation Committee's Motion for Appointment as Lead Plaintiff and Approval of

Selection of Counsel [DE 13] and the Motion of the Public Employees' Retirement System of

Mississippi and the Cambridge Retirement System for Appointment as Lead Plaintiff and

Approval of Selection of Counsel [DE 14] to United States Magistrate Judge Lurana S. Snow for an

evidentiary hearing, if necessary, and appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 25th day of September, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record